UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-105-MOC-DCK-7

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JESSICA EDITH RIVAS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's "Motion to Dismiss Indictment" (#186), in which the Government moves to dismiss the Bill of Indictment against Defendant Jessica Edith Rivas. Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's "Motion to Dismiss Indictment" (#186) is **GRANTED**, and the Indictment is **DISMISSED** without prejudice.

The Clerk of Court is respectfully requested to certify copies of this Order to the U.S. Probation Office, U.S. Marshal's Service and the U.S. Attorney's Office.

Signed: April 19, 2019

Max O. Cogburn Jr
United States District Judge